

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-15-00536-CV

Romeo **LONGORIA**, et al.,
Appellants

v.

**EXXON MOBIL CORPORATION**, et al.,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16488-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice


Appellees' motion for leave to file a sur-reply brief is GRANTED. Appellees' sur-reply brief was filed on April 14, 2016.


It is so **ORDERED** on April 26, 2016.

                                                        PER CURIAM

ATTESTED TO: _____
            Keith E. Hottle
            Clerk of Court